[No. 6206-6-III.   Division Three.   March 5, 1985.]

FERN MINER, *Individually and as Administratrix,*
*Appellant,* v. MARCHAND CONSTRUCTION, INC.,
*Defendant,* McATEE AND HEATHE, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. 82-2-00304-9, Clinton J. Merritt, J., entered
November 15, 1983. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Green, C.J., and McInturff,
J.

[No. 6843-5-II.   Division Two.   March 5, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY
L. CANUPP, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82-1-01769-0, Floyd V. Hicks, J., entered
December 22, 1982. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 6605-0-II.   Division Two.   March 6, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. C. W.
WALL, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 80-1-00383-0, Robert J. Doran, J.,
entered September 2, 1982. *Affirmed* by unpublished opin-
ion per Worswick, C.J., concurred in by Reed and Alexan-
der, JJ.